**Jerel Denee KENT, Petitioner,**

v.

**STATE of Florida, Respondent.**

No. 5D16–3272.

District Court of Appeal of Florida, Fifth District.

Oct. 14, 2016.

Michael C. Nappi, Office of Regional Criminal Conflict & Civil Regional Counsel, Casselberry, for Petitioner.

No appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 30, 2016 order denying amended postconviction motion filed, in Case Number 2010–CF–003649–A, in the Circuit Court in and for

Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, ORFINGER, and WALLIS, JJ., concur.